**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Tony Graves, Jr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11026jkf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2/20/2020, this case is hereby DISMISSED.

April 6, 2020

Judge Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:
    Chapter 13 Plan
    Matrix List Of Creditors
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106
    Certification Concerning Credit Counseling
    and/or Certificate of Credit Counseling
    Means Test Calculation Form 122C-2
    Chapter 13 Statement of Your Current Monthly Income
    and Commitment Period Form 122C-1

bfmisdoc